UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAQUESHIA MARRILLA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>3:23-cv-00247<br><br>(JURY) |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES JUDGE:

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 Defendant ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY gives notice and hereby removes this action from the 191st Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, and in support thereof would show unto the Court the following:

### I. INTRODUCTION

1. On January 10, 2023, Plaintiff LAQUESHIA MARRILLA (hereinafter "Plaintiff") filed Plaintiff's Original Petition (hereinafter "Petition") in Dallas County, Texas, under Cause No. DC-23-00443; *LAQUESHIA MARRILLA vs. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY*; in the 191st Judicial District Court of Dallas County County, Texas. (the "State Court Action").

2. Plaintiff's lawsuit concerns a motor vehicle accident which occurred in Dallas County, Texas on July 1, 2021. Plaintiff, a Dallas County domiciliary, assert's in their petition claims for underinsured motorist coverage related to damages from the above-referenced motor

vehicle accidents for past and future physical pain and suffering, mental anguish, physical impairment, medical care and expenses, and past loss of earnings.

3. Defendant timely files this notice of removal within the 30-day timeframe dictated by 28 U.S.C. §1446(b).

## II. PROCEDURAL REQUIREMENTS

4. Venue is proper in the United States District Court for the Northern District of Texas, Dallas Division, because the State Court Action is pending within this district and division. *See* 28 U.S.C. §1441(a); *Also see* 28 USC §124(a)(1).

5. Pursuant to LR 81.1, attached hereto as **Exhibit A** is an Index of Matters. Pursuant to 28 U.S.C. §1446(a), attached hereto as **Exhibit B and C** and incorporated by reference is a true and correct copy of the docket sheet and all documents filed of record with the court in the State Court Action including all process, pleadings, and orders served that were available for download from that court's website.

6. Simultaneously with the filing of this *Notice of Removal*, Defendant is filing notice of the removal in the State Court Action pursuant to 28 U.S.C. §1446(a), which is attached hereto as **Exhibit D**, and will provide written notice of the filing of this *Notice of Removal* to all parties as required by 28 U.S.C. §1446(a).

7. Included in this filing is Defendant's *Disclosure Statement and Certificate of Interested Parties* pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, **Exhibit E**.

## III. BASIS FOR REMOVAL

8. Removal is proper in this case due to complete diversity.

9. This Court has diversity jurisdiction under 28 U.S.C. §§1332(a). Where there is complete diversity among parties and the amount in controversy exceeds $75,000.00, an action may be removed to federal court.

**A. Diversity**

11. Plaintiff is domiciled in the state of Texas.

12. Defendant is a corporation organized, incorporated and registered in the state of Illinois and its principal place of business is in that state. Therefore, the parties are completely diverse.

**B.  Amount in Controversy**

13. The case information sheet filed with Plaintiff's state court petition declares that Plaintiff is seeking damages over $250,000.00 but no more than $1,000,000.00.

14. Accordingly, the amount in controversy meets and exceeds the federal jurisdictional minimum of $75,000.00.

### IV. Prayer

WHEREFORE, Defendant removes the State Court Action from 191st Judicial District Dallas County, to the United States District Court for the Northern District of Texas, Dallas Division, so that this Court may assume jurisdiction over the cause as provided by law.

Respectfully submitted,

LISA CHASTAIN & ASSOCIATES

/s/ Anthony DeGuerre
**ANTHONY DEGUERRE**
TBN:  24127392

8675 Freeport Parkway
MS#37
Irving, TX  75063
Anthony.Deguerre@allstate.com
DallasLegal@allstate.com
(214) 326-1898
(877) 678-4763 (fax)

ATTORNEY FOR DEFENDANT(S)
ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure on the 3rd day of February, 2023, to:

WITHERITE LAW GROUP, PLLC
V. Paige Eldridge
State Bar No. 24096747
paige.eldridge@witheritelaw.com
Shelly Greco
State Bar No. 24008168
shelly.greco@witheritelaw.com
10440 N. Central Expressway
Suite 400
Dallas, TX 75231-2228
214/378-6665
214/378-6670 (fax)
ATTORNEYS FOR PLAINTIFF

                                            /s/ Anthony DeGuerre
                                            **ANTHONY DEGUERRE**