IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAQUESHIA MARRILLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-247-BN |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ON SETTLEMENT

The mediator has reported that the parties have agreed to settle the case. *See* Dkt. No. 22.

The parties are directed to file the appropriate dismissal papers – a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an agreed motion under Federal Rule of Civil Procedure 41(a)(2) with a corresponding proposed order – by **Tuesday, October 10, 2023**.

If the parties do not or are unable to file the appropriate dismissal papers by October 10, 2023, or further proceedings become necessary or desirable, the parties should immediately file a joint status report with the Court.

Any unexpired deadlines in the Initial Scheduling Order [Dkt. No. 20], the Order Setting Case for Trial [Dkt. No. 21], and any other order of the Court in this case are stayed until further order of the Court.

The Court cancels the February 5, 2024 jury trial and February 1, 2024 final pretrial conference.

SO ORDERED.

DATED: September 7, 2023

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE